# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT

FOR THE _Southern_ DISTRICT OF _INDIANA_

_TERRE HAUTE Division_

(Full name of plaintiff(s))

_James H. Schlomer, III_

_____

_____

VS

(Full name of defendant(s))

_Vincennes/Knox County Sherriff Department_

_John Fuller_

_mike Fisher_

FILED
APR 27 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

Case Number:

2:20-cv-222-JPH-DLP

_____

(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of _Indiana_, and is located at

(State)

_2375 South Old, Decker, Road_

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _John Fuller And mike Fisher_

(Name)

Complaint - 1

is (if a person or private corporation) a citizen of _Vincennes_____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Knox County Sherriff Department_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

1.   Deputies of the Knox County Sherriffs Department Mike Fisher And

John Fuller

2.   Both cause me to have go to hospital because it upset

my over-sized Hernia I was kicked in the head

threw on the ground, After said they check my vitals to make

sure I was ok. lies to convince me walk out door.

I had hands-out

And was not transport to court Date Arraighment for disclosure

charges there was no bond set violation 8th amendment.

Issue to wit IC. 35-33-7-1

Complaint - 2

3. on or About Dec-19-19

4. 2672 South Henderson Road Vincennes, Indiana 47591

5. They did have probable cause is All I Know.

Complaint - 3

C.    JURISDICTION

☐    I am suing for a violation of federal law under 28 U.S.C. § 1331.

                    OR

☑    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
      different from the state citizenship of every defendant, and the amount of
      money at stake in this case (not counting interest and costs) is
      $ 700,000    .

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

THE court can Award me money and forbit sherriff department

from coming on my property not be Allow step foot there on...

E.    **JURY DEMAND**

☐    Jury Demand - I want a jury to hear my case
                    OR

☑    Court Trial – I want a judge to hear my case

Dated this ___21___ day of ___April___ 20_20_

Respectfully Submitted,

_____
Signature of Plaintiff

___201209 6816___
Plaintiff's Prisoner ID Number

_____

2375 South Old Decker Road Vincennes, Indiana 47591
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.