UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAMES H. SCHLOMER, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00222-JPH-DLP ) |
| KNOX COUNTY SHERIFF DEPARTMENT, JOHN FULLER, MIKE FISHER, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Doris Pryor has entered a Report and Recommendation, recommending that the Court dismiss this case without prejudice for failure to prosecute. Dkt. 24. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [24]. Due to the early stage of the case, this case is **DISMISSED without prejudice**. *See Hill v. United States*, 762 F.3d 589, 591 (7th Cir. 2014). Final judgment shall issue by separate entry.

**SO ORDERED**.

Date: 2/10/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

JAMES H. SCHLOMER, III
2012096816
KNOX COUNTY JAIL
2375 South Old Decker Road
Vincennes, IN 47591

Lisa A. Baron
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
lbaron@khkklaw.com

Matthew Scott Clark
KNIGHT HOPPE KURNIK & KNIGHT LTD (Rosemont)
mclark@khkklaw.com

Taylor Lee Rasey
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD
trasey@khkklaw.com